LEDERER, Appellant, vs. ESTATE OF KOHN, Respondent.

*September 24 — October 11, 1898.*

*Appeal: Bill of exceptions.*

The supreme court cannot review the evidence in a case tried by the court unless exceptions are taken to the findings of fact and preserved in the bill of exceptions.

APPEAL from a judgment of the circuit court for Milwaukee county: D. H. JOHNSON, Circuit Judge. *Affirmed.*

Appellant presented a claim to the county court of Milwaukee county against the estate of Ignatz Kohn, which was disallowed. An appeal was taken to the circuit court. The matter was heard before a referee, who found in favor of the appellant on a portion of her claim. The respondent moved to set aside the referee's report and finding, and, after argument, the circuit judge made new findings setting aside the findings of the referee and disallowing the appellant's claim.

A judgment was entered, affirming the judgment of the county court, except as to costs. This appeal is from that portion of the judgment by which appellant's claim is disallowed and the judgment of the county court is affirmed.

For the appellant there was a brief by *Chas. G. Woolcock*, attorney, and *David S. Rose*, of counsel, and oral argument by *Mr. Woolcock*.

For the executor there was a brief by *LaBoule & Hunt*, and oral argument by *F. S. Hunt*.

For *Fannie Loeb* there was a brief by *Granger & Granger*, and oral argument by *S. W. Granger*.

For the widow, *Katie Kohn*, there was a brief by *G. W. Hazelton*, guardian *ad litem*.

BARDEEN, J. To properly dispose of the questions raised in appellant's brief and argued at the bar, it would be necessary to make an examination of the evidence in the case. The bill of exceptions contains no exceptions to the findings of the circuit judge. The situation presented is exactly similar to that of the case of *Newton v. Williams*, 94 Wis. 222. It would seem hardly necessary to reassert the rule that this court cannot review the evidence in a case tried by the court unless exceptions are taken to the findings of fact and are preserved in the bill of exceptions. R. S. 1878, sec. 2870; *Cramer v. Hanaford*, 53 Wis. 85; *Evenson v. Bates*, 58 Wis. 24; *McLennan v. Prentice*, 85 Wis. 427; *Henrizi v. Kehr*, 90 Wis. 344. An inspection, however, of the evidence returned convinces us the judgment was manifestly correct and ought not to be disturbed.

*By the Court.*— The judgment of the circuit court is affirmed.